# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                                    :   No. 507
                                                          :
REAPPOINTMENTS TO INTERBRANCH   :   JUDICIAL ADMINISTRATION DOCKET
COMMISSION FOR GENDER, RACIAL      :
AND ETHNIC FAIRNESS                          :

## ORDER

**PER CURIAM**

 **AND NOW**, this 4th day of December, 2018, the Honorable Kim Berkeley Clark, Allegheny County, the Honorable Deborah E. Curcillo, Dauphin County, the Honorable Timothy K. Lewis (Ret.), Allegheny County, and Katherine J. Gomez, Esquire, Philadelphia, are hereby reappointed as members of the Interbranch Commission for Gender, Racial and Ethnic Fairness for a term of two years, commencing December 31, 2018.